AUSA Linda Aouate (313) 226-9587
SA Mohammad Shahid (313) 234-2485

# United States

EASTERN DISTRICT

Case: 2:12-mc-51287
Judge: Borman, Paul D.
Filed: 09-18-2012 At 12:09 PM
In Re Sealed Matter (WI) (SMS)

In the Matter of the Seizure of

**SEIZURE WARRANT**

FILED
OCT 02 2012
CLERK'S OFFICE
DETROIT

**All Funds on Deposit in JP Morgan Chase Bank, N.A., Account Number 917883738**

TO: Agents of the Internal Revenue Service (IRS) and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Mohammad Shahid, who has reason to believe that in the Eastern District of Michigan there is now certain property which is subject to forfeiture to the United States, namely

**All Funds on Deposit in JP Morgan Chase Bank, N.A., Account Number 917883738**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to a U.S. Magistrate Judge as required by law.

September 18, 2012
Date                    at

Detroit, Michigan

**MARK A. RANDON**

Honorable Mark A. Randon
**U.S. Magistrate Judge**

**Signature of Judicial Officer**

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY: _____
Deputy

*12-51287*

AUSA Linda Aouate (313) 226-9587
SA Mohammad Shahid (313) 234-2485

# RETURN

| DATE WARRANT RECEIVED | DATE / TIME WARRANT EXECUTED |
|---|---|
| September 18, 2012 | September 20, 2012 at 9:37 am |

COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH

Jennifer Murphy
27901 Plymouth Rd.
Livonia, MI

INVENTORY MADE IN THE PRESENCE OF

Kathy Robinson

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Cashier's Check # 4554252246

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____        10/2/12
U.S. Judge or Magistrate                    Date